## Commerce Land Corporation, Appellant, *v.* Herron Testing Laboratories, Inc.

Argued November 17, 1972. *John E. Evans, Jr.,* with him *Evans, Ivory & Evans,* for appellant; *James F. Malone, III* and *David A. Murdoch,* with them *Owen B. McManus, Jr., Judd N. Poffinberger, Jr., Brandt, McManus, Brandt & Malone,* and *Kirkpatrick, Lockhart, Johnson & Hutchinson,* for appellee.

Judgment affirmed.

WATKINS, J., absent.

## Commonwealth *v.* Allen, Appellant.

Argued December 12, 1972. *Mark A. Lublin,* with him *Jay S. Gottlieb,* for appellant; *Linda West Conley,* Assistant District Attorney, with her *James T. Ranney,* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.